**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6609

MICHAEL D. JAMES,

Plaintiff – Appellant,

v.

LEROY CARTLEDGE, Warden; SCOTT LEWIS, Assistant Warden of
Security; NFN MURSIER, Major of Security; OFFICER GOBLE,
#051041,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Terry L. Wooten, Chief District
Judge.  (9:15-cv-00625-TLW)

Submitted:  October 11, 2016        Decided:  October 19, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael D. James, Appellant Pro Se.  Steven Michael Pruitt,
MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. James appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to defendants and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. Cartledge, No. 9:15-cv-00625-TLW (D.S.C. Apr. 12, 2016). We deny James' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED